**Russell THOMPSON, Claimant/Respondent,**

v.

**BIG BOY STEEL ERECTION COMPANY, Employer/Appellant,**

and

**Missouri Insurance Guaranty Association, Insurer/Appellant,**

and

**Treasurer of State of Missouri, as Custodian of Second Injury Fund, Additional Party.**

No. ED 84061.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 7, 2004.

Seth G. Gausnell, Ann E. Ahrens, St. Louis, MO, for appellant.

C. Dennis Barbour, St. Peters, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Big Boy Steel Erection Company ("Employer") appeals the decision of the Labor and Industrial Relations Commission ("LIRC") to award Russell Thompson ("Employee") permanent total disability benefits and payment of medication costs for the remainder of his life to be paid by Employer.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).